UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBODAI D.,[1] <br><br> Petitioner, <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br> Respondent | Case No. 2:23-cv-10406-HDV-JC <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE <br><br> (DOCKET NOS. 5, 12) |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the May 30, 2024 Report and Recommendation.

IT IS HEREBY ORDERED that (1) Defendant's Motion to Dismiss is granted; (2) Petitioner's Motion to Quash is denied; (3) the Complaint and this action are dismissed; (4) Judgment shall be entered accordingly; and (5) the Clerk shall serve copies of this Order and the Judgment on Plaintiff and counsel for Defendant.

DATED:  _7/10/24_____

_____
HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted to protect Plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.