JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBODAI D.,[1] | ) Case No. 2:23-cv-10406-HDV-JC |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| Respondent | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and this action are dismissed.

IT IS SO ADJUDGED.

DATED: 7/10/24_____

_____
HONORABLE HERNAN D. VERA

---

[1] Plaintiff's name is partially redacted to protect Plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.


UNITED STATES DISTRICT JUDGE